UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 2:17-cr-109-FtM-29CM

JOSE DAVID HERNANDEZ-
SANCHEZ

_____


**OPINION AND ORDER**

This matter comes before the Court on defendant's Motion to
Vacate Order of Detention (Doc. #15) filed on August 29, 2017.
The Court previously granted defendant's request to delay the
filing of a memorandum until seven days after the filing of the
transcript. (Doc. #20.) The transcript (Doc. #31) was filed on
October 10, 2017, but no memorandum has been filed.

The Court has reviewed the Order of Detention Pending Trial
(Doc. #13) *de novo*. Having done so, the Court agrees with the
findings of fact and conclusions of law set forth by the magistrate
judge.

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion to Vacate Order of Detention (Doc. #15) is

**DENIED.**

**DONE and ORDERED** at Fort Myers, Florida, this ___31st___ day

of October, 2017.

_____

JOHN E. STEELE

SENIOR UNITED STATES DISTRICT JUDGE

Copies:

Counsel of Record